■ QUENTIN BUFOGLE, Individually and as Administrator of the Estate of LILLIAN BUFOGLE, Deceased, Respondent, v ALFRED R. ERNST et al., Defendants, and ANTHONY J. PESIRI, Appellant. [608 NYS2d 106] —In a medical malpractice action, the defendant Anthony Joseph Pesiri appeals, as limited by his brief, from so much of an order of the Supreme Court, Queens County (Durante, J.), dated April 30, 1991, as denied his motion for summary judgment.

Ordered that the order is affirmed insofar as appealed from, without costs or disbursements, for the reasons stated by Justice Durante at the Supreme Court. Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.

■ ALICE BUTLER, Respondent, v PETER CORINES et al., Appellants. [608 NYS2d 105] —In an action to recover damages for medical malpractice, the defendants appeal from so much of an order of the Supreme Court, Queens County (Smith, J.), dated September 27, 1991, as denied their motion for summary judgment.

Ordered that the order is affirmed insofar appealed from, with costs.

We agree with the Supreme Court that the plaintiff has adequately demonstrated the existence of triable issues of fact concerning the alleged failure of the defendants to timely diagnose breast cancer in the plaintiff's decedent, and the damages resulting therefrom. Bracken, J. P., Balletta, O'Brien and Pizzuto, JJ., concur.